IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| William D. Campbell,<br><br>    Plaintiff,<br><br>vs.<br><br>International Paper Company; Walter Scheele; Clay Ellis; and Walter Partrich,<br><br>    Defendants. | C/A No. 3:12-cv-03042-JFA<br><br><br><br>**ORDER** |

      The court, having been advised by counsel for the above-captioned parties that this action has settled, hereby orders that this action be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Rule 60(b)(6), FED. R. CIV. P. In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

      The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

November 15, 2013
Columbia, South Carolina

                                                                  Joseph F. Anderson, Jr.
                                                                  United States District Judge