# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| William D. Campbell,<br><br>        Plaintiff,<br><br>vs.<br><br>International Paper Company; Walter Scheele; Clay Ellis; and Walter Partrich,<br><br>        Defendants. | Case No.: 3:12-cv-03042-JFA<br><br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed this action be discontinued and dismissed with prejudice as to the all defendants, International Paper Company, Walter Scheele, Clay Ellis and Walter Partrich, with all parties to bear their respective costs and attorney's fees.

| J. LEWIS CROMER & ASSOCIATES, LLC | K&L GATES LLP |
|---|---|
| By: __s/Ashley C. Story__<br>J. Lewis Cromer, Esquire (No. 362)<br>Ashley C. Story, Esquire (No. 11505)<br>P.O. Box 11675, Columbia, SC 29211<br>Phone: (803) 799-9530<br>Fax: (803) 799-9533<br>Email: astory@jlewiscromerlaw.com<br><br>Attorneys for Plaintiff | By: s/ __Henry W. Frampton, IV__<br>J. Walker Coleman, IV (Fed. ID No. 6007)<br>Email: walker.coleman@klgates.com<br>Henry W. Frampton, IV (Fed. ID No. 10365)<br>Email: hal.frampton@klgates.com<br>134 Meeting Street, Suite 200<br>Charleston, SC 29401<br>Phone: 843.579.5600<br>Fax: 843.579.5601<br><br>Attorney for Defendants |